UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NORTEK MEDICAL STAFFING, INC.** <br> *Plaintiff,* <br><br> **V.** <br><br> **JELLICO REGIONAL HOSPITAL, LLC,** <br> **MISSION HEALTH PARTNERS, LLC** <br> **MISSION RURAL PARTNERS, LLC** <br> **PROGRESSIVE HEALTHCARE** <br> **SOLUTIONS, LLC** <br> *Defendants.* | § § § § § § § § § § § § § § § § **CIVIL ACTION NO. 4:24-CV-03354** |

## ORDER

ON THIS DATE, the Court considered Defendant, Jellico Regional Hospital, LLC Opposed Motion for Leave to File its combined Cross-Claim against Progressive Health Group, LLC and Third-Party Complaint against Progressive Health of Jellico, LLC and Robert Quentin Whitwell. The Court, finding the Motion meritorious, GRANTS the Motion for Leave and ORDERS the Clerk's Office to file Exhibit A, Defendant's Motion for Leave to File its combined Cross-Claim against Progressive Health Group, LLC and Third-Party Complaint against Progressive Health of Jellico, LLC and Robert Quentin Whitwell, as a separate pleading in this case.

SIGNED: November ____, 2025

_____
U.S. DISTRICT JUDGE DAVID HITTNER.

PD.49427911.1